JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ERNESTO SANCHEZ HERMOSILLO,<br><br>       Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Case No.  8:22-CV-00412-JLS<br>Case No.  8:18-CR-00203-JLS<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

   The Clerk shall close the case.

   Dated:  August 22, 2022

_____
The Hon. Josephine L. Staton
United States District Judge